UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR HEALTH CARE TRACY, et al.,<br><br>          Defendants. | No. 2:18-cv-0101 AC P<br><br><br>ORDER |

Plaintiff filed a motion for issuance of summons. ECF No. 12. However, the complaint has not yet been screened to determine whether plaintiff has stated cognizable claims against the defendants. Once the court screens plaintiff's complaint, and if cognizable claims are found, plaintiff will be sent the appropriate documentation necessary to complete service of process.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for issuance of summons (ECF No. 12) is DENIED as unnecessary.

DATED: October 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE