UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR HEALTH CARE TRACY, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-0101 AC P<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Upon screening the complaint, the undersigned found that it did not state a claim for relief and gave plaintiff an opportunity to file an amended complaint.  ECF No. 17. After plaintiff failed to file an amended complaint, he was given an additional twenty-one days to do so and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed.  ECF No. 18.  The court has now received a notice from plaintiff in which he states that he received the order granting him additional time to file an amended complaint and that he "find[s] that a claim of relief in the amount of $100,000.00 or what the court deems reasonable would be aceptable [sic]."  ECF No. 19.

　　　　Plaintiff's notice is not an amended complaint.  If plaintiff wants to amend the complaint, he must file a complete complaint that includes all the claims he wishes to make along with any supporting facts.  The court will provide a brief extension of the current April 2, 2021 deadline.

1

If plaintiff does not file an amended complaint, the court will assume that he is choosing to stand on the allegations of the original complaint and will recommend that this action be dismissed for the reasons set forth in the January 19, 2021 screening order (ECF No. 17).

Finally, it appears that plaintiff's address has changed, although he has not filed a proper notice of change of address.  The court will direct the Clerk of the Court to update plaintiff's address of record to reflect the new address provided on his notice.  Plaintiff is advised that in the future, a notice of change of address needs to be clearly labeled "Notice of Change of Address" to ensure that his address is properly updated.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall have an additional fourteen days, up to April 16, 2021, to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice  The amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."  Failure to do so will result in a recommendation that this action be dismissed.

2.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

3.  The Clerk of the Court is directed to update plaintiff's address of record to 2880 Tunnel St., #211, Placerville, CA 95667.

DATED: March 23, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE